[No. 65820-4-I.  Division One.  August 15, 2011.]

DEVID MORALES-CRUZ, *Appellant*, v. PACIFIC COAST CONTAINER, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-07788-0, Richard D. Eadie, J., entered July 30, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Dwyer, C.J., concurred in by Lau and Leach, JJ.

[No. 66960-5-I.  Division One.  August 15, 2011.]

THE DEPARTMENT OF REVENUE, *Appellant*, v. NORD NORTHWEST CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-00800-8, Carol Murphy, J., entered March 26, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Appelwick, J. Now published at 164 Wn. App. 215.

[No. 40087-1-II.  Division Two.  August 16, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS R. PULASKI, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-00811-7, Stephen M. Warning, J., entered November 18, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 40207-6-II.  Division Two.  August 16, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. AMANDA NICOLE PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00235-1, Nelson E. Hunt, J., entered December 9, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Johanson, J.